THE STATE EX REL. NASH, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Nash v. Indus. Comm.,*
101 Ohio St.3d 61, 2004-Ohio-2.]

(No. 2003–0578—Submitted December 1, 2003—Decided January 14, 2004.)

---

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

---

M. Blake Stone, L.P.A., and M. Blake Stone, for appellant.

Jim Petro, Attorney General, and Keith D. Blosser, Assistant Attorney General, for appellee Industrial Commission.

Critchfield, Critchfield & Johnston, Ltd., and Susan E. Baker, for appellee Newell Rubbermaid, Inc.